Crisostomo G. Ibarra (SBN: 103480)
Gener D. Benitez (SBN 206765)
Ibarra Professional Law Corporation
459 Fulton Street, Suite 109
San Francisco, CA 94102
Tel No. (415) 398-5329
Fax No. (415) 398- 6831

Attorneys for Plaintiffs
MONTEBUENO MARKETING INC.,
LIONG LIONG SY, and SABROSA
FOODS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTEBUENO MARKETING INC., a Philippine Corporation; LIONG LIONG SY, a Philippine individual; SABROSA FOODS, INC., a Philippine Corporation,<br><br>Plaintiffs,<br>vs.<br><br>DEL MONTE CORPORATION-USA, a New York Corporation; PAUL E. DERBY, JR., a California individual; DANIEL COLLINS, a California individual; and LUIS HIDALGO, a California individual,<br><br>Defendants. | Case No. CIV 11 4977 MEJ<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER PRETRIAL DEADLINES; [PROPOSED] ORDER** |

Plaintiffs MONTEBUENO MARKETING INC. ("MMI"), LIONG LIONG SY ("Sy"), and SABROSA FOODS, INC. ("Sabrosa") (collectively "Plaintiffs") and Defendants DEL MONTE CORPORATION U.S.A., ("DMC-USA"), PAUL E. DERBY, JR. ("Derby"), DANIEL

1  COLLINS ("Collins"), and LUIS HIDALGO ("HIDALGO") (collectively "Defendants"), hereby
2  stipulate as follows:
3      WHEREAS,
4      1.    The Complaint in this case was filed on October 7, 2011.
5      2.    Defendants were served by mail and notice and acknowledgment of receipt,
6  pursuant to CCP § 415.30, as allowed by Fed. R. Civ. Proc. 4(e)(1). Service was effective on
7  December 12, 2011.
8      3.    The Order Setting Initial Case Management Conference and ADR Deadlines in
9  this case scheduled the following: (a) January 5, 2012, as the last day to meet and confer re:
10 initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR
11 Certification; and, file either an ADR Stipulation or Need for ADR Phone Conference; (b)
12 January 19, 2012 as the last day to file a Rule 26(f) Report, complete initial disclosures, and, file
13 a Case Management Statement; and (c) January 26, 2012, as the date of the initial case
14 management conference.
15     4.    Defendants have not appeared in the case. By Stipulation filed on December 19,
16 2011, the parties agreed that Defendants shall have until January 18, 2012 to file a responsive
17 pleading to the Complaint.
18     As such, IT IS HEREBY STIPULATED AND AGREED, by and between the parties
19 hereto, through their respective counsel, that the Initial Case Management Conference originally
20 scheduled for January 26, 2012, is continued to March 1, 2012, and, all other pretrial deadlines
21 are continued accordingly.
22
23 Date: January 5, 2012        IBARRA PROFESSIONAL LAW CORPORATION
24
25
26                                            By: Gener D. Benitez
                                            Attorney for Plaintiffs
27                                            MONTEBUENO MARKETING, INC. LIONG LIONG
28                                            SY, and SABROSA FOODS, INC.

| | |
|---|---|
| Date: January 5, 2012 | DUDNICK DETWILER RIVIN & STIKKER LLP |
| | *William C. Wilka* |
| | By: William C. Wilka<br>Attorney for Defendants<br>DEL MONTE CORPORATION, PAUL E. DERBY, JR., DANIEL COLLINS and LUIS HIDLAGO |

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Initial Case Management scheduled for January 26, 2012 is continued to March 1, 2012, at 10:00 a.m. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification; and, file either an ADR Stipulation or Need for ADR Phone Conference is now set for February 9, 2012. The last day to file a Rule 26(f) Report, complete initial disclosures, and, file a Case Management Statement is now set for February 23, 2012.

Dated: 1/11/12

_____
MARIA ELENA JAMES
United States District Court Magistrate

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

3