WILLIAM C. WILKA, S.B.No. 79667
DUDNICK DETWILER RIVIN & STIKKER LLP
351 California Street, 15th Floor
San Francisco, CA  94104
Telephone: 415-982-1400
Facsimile: 415-982-1401
Email: bwilka@ddrs.com

Attorneys for Defendant,
Del Monte Corporation, Paul E. Derby, Jr.,
Daniel Collins and Luis Hidalgo

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTEBUENO MARKETING, INC., a Philippine Corporation; LIONG LIONG SY, a Philippine individual; SABROSA FOOD, INC., a Philippine Corporation, <br><br>Plaintiffs,<br><br>vs.<br><br>DEL MONTE FOODS CORPORATION-USA, a New York Corporation, PAUL E. DERBY, JR., a California Individual; DANIEL COLLINS, a California individual; and LUIS HIDALGO, a California individual,,<br><br>Defendants. | CASE NO.    CV 11 4977<br><br>STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING<br><br>Complaint Filed:  October 7, 2011 |

It is hereby stipulated by and between counsel for Plaintiffs and counsel for Defendants that Defendants' time for filing a responsive pleading to Plaintiffs' complaint, currently scheduled for January 18, 2012 shall be continued to and including January 25, 2012.

Date: January 17, 2012          IBARRA PROFFESIONAL LAW CORPORATION

By: *Gener Benitez*
Gener Benitez, Esq.
Attorneys for Plaintiffs

STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING                                              1

Date: January 17, 2012     DUDNICK DETWILER RIVIN & STIKKER LLP

By: *William C. Wilka*
William C. Wilka
Attorneys for Defendant
Del Monte Corporation, Paul E. Derby, Jr.,
Daniel Collins and Luis Hidalgo

Date: January 23, 2012



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING     2