WILLIAM C. WILKA, S.B.No. 79667
DUDNICK DETWILER RIVIN & STIKKER LLP
351 California Street, 15th Floor
San Francisco, CA 94104
Telephone: 415-982-1400
Facsimile: 415-982-1401
Email: bwilka@ddrs.com

Attorneys for Defendant,
Del Monte Corporation, Paul E. Derby, Jr.,
Daniel Collins and Luis Hidalgo

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTEBUENO MARKETING, INC., a Philippine Corporation; LIONG LIONG SY, a Philippine individual; SABROSA FOOD, INC., a Philippine Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DEL MONTE FOODS CORPORATION-USA, a New York Corporation, PAUL E. DERBY, JR., a California Individual; DANIEL COLLINS, a California individual; and LUIS HIDALGO, a California individual,, <br><br> Defendants. | CASE NO.   CV 11 4977 <br><br> STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING <br><br> Complaint Filed: October 7, 2011 |

It is hereby stipulated by and between counsel for Plaintiffs and counsel for Defendants that Defendants' time for filing a responsive pleading to Plaintiffs' complaint, currently scheduled for January 18, 2012 shall be continued to and including January 25, 2012.

Date: January 17, 2012          IBARRA PROFFESIONAL LAW CORPORATION

                                By: *Gener Benitez* (signature)
                                    Gener Benitez, Esq.
                                    Attorneys for Plaintiffs

STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING                                      1

1  Date: January 17, 2012            DUDNICK DETWILER RIVIN & STIKKER LLP

                                     By: *William C. Wilka*
                                     William C. Wilka
                                     Attorneys for Defendant
                                     Del Monte Corporation, Paul E. Derby, Jr.,
                                     Daniel Collins and Luis Hidalgo

Date: January 23, 2012



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING                    2