**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4        UNITED STATES  DISTRICT COURT
5            Northern District of California
6
7   MONTEBUENO MARKETING, INC., et al.,          No. C 11-4977 MEJ
8                  Plaintiffs,          **ORDER VACATING CMC**
9         v.
    DEL MONTE CORPORATION-USA, et al.,
10
                Defendants.
11   _____/
12
13        This matter is currently scheduled for a Case Management Conference on March 1, 2012.
14   However, as Defendants' motion to dismiss is scheduled for a hearing on March 15, the Court
15   VACATES the CMC pending resolution of Defendants' motion.
16        **IT IS SO ORDERED.**
17
18   Dated: February 24, 2012
19                                              _____
                                                Maria-Elena James
20                                              Chief United States Magistrate Judge
21
22
23
24
25
26
27
28