# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MONTEBUENO MARKETING, INC., et al., | No. C 11-4977 MEJ |
| Plaintiffs, | **ORDER VACATING CMC** |
| v. | |
| DEL MONTE CORPORATION-USA, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on March 1, 2012. However, as Defendants' motion to dismiss is scheduled for a hearing on March 15, the Court VACATES the CMC pending resolution of Defendants' motion.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge