1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

MONTEBUENO MARKETING, INC., et al.,

No. CV 11-4977 MEJ

11

Plaintiff(s),

12

vs.

**ORDER RE PLAINTIFFS' REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (DKT. NO. 39)**

13

DEL MONTE FOODS CORPORATION-USA et al.,

14
15

Defendant(s).
_____/

16
17

On March 30, 2012, Plaintiffs requested leave under Civil Local Rule 7-9 to file a motion for

18

the Court to reconsider its March 22 order granting Defendants' motion to dismiss.  Dkt. No. 39.  If

19

Defendants wish to file any opposition to Plaintiffs' request, they must do so before Thursday, April

20

5, 2012.

21

**IT IS SO ORDERED.**

22
23

Dated:  April 2, 2012

24
25

_____
MARIA-ELENA JAMES
United States Magistrate Judge

26
27
28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California