IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTEBUENO MARKETING, INC., et al.,

     Plaintiff(s),

vs.

DEL MONTE FOODS CORPORATION-USA et al.,

     Defendant(s).

No. CV 11-4977 MEJ

**ORDER RE PLAINTIFFS' REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (DKT. NO. 39)**

On March 30, 2012, Plaintiffs requested leave under Civil Local Rule 7-9 to file a motion for the Court to reconsider its March 22 order granting Defendants' motion to dismiss. Dkt. No. 39. If Defendants wish to file any opposition to Plaintiffs' request, they must do so before Thursday, April 5, 2012.

**IT IS SO ORDERED.**

Dated: April 2, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge